IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**AMOS RANSOM**                                                                                       **PETITIONER**

**VS.**                          **CASE NO. 5:10CV00088 BSM/HDY**

**RAY HOBBS, Director of the**
**Arkansas Department of Correction**                                               **RESPONDENT**

### ORDER

The proposed findings and recommendations from Magistrate Judge H. David Young have been received. No objections have been filed. After careful review of the record, the findings and recommendations are approved and adopted in their entirety. Judgment will be entered accordingly.

Pursuant to 28 U.S.C. § 2253 and Rule 11 of the Rules Governing Section 2554 Cases in the United States District Court, a court must determine whether to issue a certificate of appealability in the final order. In § 2254 cases, a certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). In this case there is no issue on which petitioner has made a substantial showing of a denial of a constitutional right. Thus, the certificate of appealability is denied.

IT IS SO ORDERED this 15th day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE