## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**AMOS RANSOM**                                                                **PETITIONER**

**VS.**                    **CASE NO. 5:10CV00088 BSM/HDY**

**RAY HOBBS, Director of the**
**Arkansas Department of Correction**                              **RESPONDENT**

## JUDGMENT

In accordance with the order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus with prejudice. The relief sought is denied. The certificate of appealability is denied.

IT IS SO ORDERED this 15th day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE